UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ARECHICA OCAMPO et al,

                        Plaintiffs,                  **21-CV-6829 (ALC)(VF)**

           -against-                           **ORDER**

BALLINAS & VASQUEZ CORP. et al.,

                        Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The in-person settlement conference scheduled for Monday, January 30, 2023 at 2:00 p.m. is canceled. A telephonic conference in this matter is scheduled for **Monday, January 30, 2023 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:    New York, New York
               January 26, 2023

                                                      VALERIE FIGUEREDO
                                                      United States Magistrate Judge