**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ARECHICA OCAMPO et al,

                        Plaintiffs,            **21-CV-6829 (ALC)(VF)**

       -against-                                    **ORDER**

BALLINAS & VASQUEZ CORP. et al.,

                        Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As stated at the January 30, 2023 status conference before the Court, the parties are directed to submit a joint letter providing an update on the status of the parties' settlement discussions by **Monday, February 13, 2023**.

      **SO ORDERED.**

DATED:    New York, New York
               February 1, 2023

                                                              _____
                                                             VALERIE FIGUEREDO
                                                             United States Magistrate Judge