UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARECHICA OCAMPO et al,

                           Plaintiffs,                    21-CV-6829 (ALC)(VF)

          -against-                              **ORDER**

BALLINAS & VASQUEZ CORP. et al.,

                           Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On March 22, 2023, the Court directed the parties to submit a joint status letter by no later than April 24, 2023. See ECF No. 47. To date, no such letter has been filed. The parties are directed to submit a joint letter providing the Court with an update on the status of case, including any settlement discussions, by no later than **Friday, July 28, 2023**.

       **SO ORDERED.**

DATED:     New York, New York
               July 24, 2023

                                                           _____
                                                            VALERIE FIGUEREDO
                                                            United States Magistrate Judge