UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARECHICA OCAMPO et al,

                           Plaintiffs,                           **21-CV-6829 (ALC)(VF)**

          -against-                                   **ORDER**

BALLINAS & VASQUEZ CORP. et al.,

                           Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A status conference in this matter is hereby scheduled for **Tuesday, September 26, 2023 at 10:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

**SO ORDERED.**

DATED:      New York, New York
                  August 31, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge