UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARECHICA OCAMPO et al,

                    Plaintiffs,                  **21-CV-6829 (ALC)(VF)**

      -against-                     **ORDER**

BALLINAS & VASQUEZ CORP. et al.,

                    Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

At the September 26, 2023 conference the parties indicated that they were close to reaching a settlement agreement. The parties are directed to provide a status update to the Court **by Tuesday, October 31, 2023**, unless a settlement is reached earlier.

SO ORDERED.

DATED:    New York, New York
               September 26, 2023

                                                                   _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge