UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARECHICA OCAMPO et al,

                              Plaintiffs,                      21-CV-6829 (ALC) (VF)

                -against-                               **ORDER**

BALLINAS & VASQUEZ CORP. et al.,

                              Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

    The parties are directed to file a status update by **November 3, 2025**.

    **SO ORDERED.**

DATED:    New York, New York
                October 20, 2025

                                                          _____
                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge