**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ARECHICA OCAMPO, et al.,

                          Plaintiffs,               **21-CV-6829 (ALC) (VF)**

            -against-                       **ORDER**

BALLINAS & VASQUEZ CORP., et al.,

                         Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

In light of Plaintiff's filing at ECF No. 73, Plaintiff is directed file a certificate of default by **January 23, 2026**. Plaintiff must file a motion for default judgment by **February 20, 2026**. Defendants' opposition, if any, is due **March 13, 2026**. Plaintiff's reply, if any, is due **March 27, 2026**. Plaintiff is directed to serve a copy of this order and their motion on Defendants.

**SO ORDERED.**

DATED:     New York, New York
            January 12, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge